IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Singer, Steven Ronald | Case Number: 07 B 10109 |
|---|---|---|
|  | Feld-Singer, Raquel Lynn | Judge: Squires, John H |
|  | Printed: 10/23/07 | Filed: 6/5/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:     Ch 7 Conversion: August 9, 2007
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 1,717.50 |  |
| Secured: |  | 38.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,586.75 |
| Trustee Fee: |  | 92.75 |
| Other Funds: |  | 0.00 |
| Totals: | 1,717.50 | 1,717.50 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Peter F Geraci | Administrative | 2,000.00 | 1,586.75 |
| 2. | Whitehall Jewelers | Secured | 100.00 | 0.00 |
| 3. | Best Buy | Secured | 600.00 | 38.00 |
| 4. | Charming Shoppes | Unsecured | 478.41 | 0.00 |
| 5. | Ge Capital Consumer Card Aka GE Money Bk | Unsecured | 782.95 | 0.00 |
| 6. | Resurgent Capital Services | Unsecured | 2,640.04 | 0.00 |
| 7. | Select Comfort | Unsecured | 3,216.57 | 0.00 |
| 8. | Capital One | Unsecured | 1,676.15 | 0.00 |
| 9. | National City Bank | Unsecured | 4,987.78 | 0.00 |
| 10. | Ge Capital Consumer Card Aka GE Money Bk | Unsecured | 2,002.01 | 0.00 |
| 11. | Ge Capital Consumer Card Aka GE Money Bk | Unsecured | 2,348.63 | 0.00 |
| 12. | American Express | Unsecured | 1,776.95 | 0.00 |
| 13. | Whitehall Jewelers | Unsecured | 991.92 | 0.00 |
| 14. | Bank Of America | Unsecured | 4,856.53 | 0.00 |
| 15. | Premier Bankcard | Unsecured | 154.59 | 0.00 |
| 16. | Chase | Unsecured |  | No Claim Filed |
| 17. | Blue Cross & Blue Shield | Unsecured |  | No Claim Filed |
| 18. | Capital One | Unsecured |  | No Claim Filed |
| 19. | Chase | Unsecured |  | No Claim Filed |
| 20. | Phillips 66 | Unsecured |  | No Claim Filed |
| 21. | Citgo Petroleum Corp | Unsecured |  | No Claim Filed |
| 22. | Cit Group | Unsecured |  | No Claim Filed |
| 23. | GEMB | Unsecured |  | No Claim Filed |
| 24. | GM Card | Unsecured |  | No Claim Filed |
| 25. | Home Depot | Unsecured |  | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Singer, Steven Ronald | Case Number: 07 B 10109 |
|---|---|---|
| | Feld-Singer, Raquel Lynn | Judge: Squires, John H |
| | Printed: 10/23/07 | Filed: 6/5/07 |

| | | | | |
|---|---|---|---|---|
| 26. | GM Card | Unsecured | | No Claim Filed |
| 27. | HSBC Bank USA | Unsecured | | No Claim Filed |
| 28. | HSBC Bank USA | Unsecured | | No Claim Filed |
| 29. | Jc Penney - GEMB | Unsecured | | No Claim Filed |
| 30. | Juniper Bank | Unsecured | | No Claim Filed |
| 31. | Lowes | Unsecured | | No Claim Filed |
| 32. | Verizon Wireless | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 28,612.53 | $ 1,624.75 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 92.75 |
| | _____ |
| | $ 92.75 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_Denise Ashley_